**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
Houston Division

**IN ADMIRLATY**

**Case No.: 4:21-cv-03585**

NOBLE HOUSE, LLC,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON, subscribing to
Policy MS-S 5722 (Marine Package)

_____

## DISCLOSURE OF INTERESTED PARTIES

Noble House, LLC, ("Plaintiff"), by and through undersigned counsel, and pursuant to this Court's Order for Conference and Disclosure of Interested Parties [DE 4], hereby states the following:

**I.**    **Attorneys of Record.**

    a. Michael T. Moore, Moore and Co., 255 Aragon Ave., 3rd Floor, Coral Gables, FL 33134, phone: (786) 221-0600.

    b. Clay Naughton, Moore and Co., 255 Aragon Ave., 3rd Floor, Coral Gables, FL 33134, phone: (786) 221-0600.

    c. Blair Brogan, Brogan, Francis, Hernandez, LLC, 720 Rusk Street, Suite 106, Houston, TX 77002, phone: (504) 273-0444.

d. Eduardo Morales Rios (*pro hac vice* admission forthcoming), Moore and Co., 255 Aragon Ave., 3rd Floor, Coral Gables, FL 33134, phone: (786) 221-0600.

## II. Persons or Entities Financially Interested in this Litigation.

a. Noble House, LLC, a limited liability corporation incorporated in the Marshal Islands, with its office and principal place of business in 1000 Louisiana Street, Suite 7000, Houston, TX 77002.

b. William B. Harrison, Noble House, LLC's sole managing member.

Dated: December 6, 2021          Respectfully Submitted,

**MOORE & COMPANY, P.A.**
*Counsel for Plaintiff*
255 Aragon Avenue, 3rd Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
Email: michael@moore-and-co.com
Email: cnaughton@moore-and-co.com

By: *s/ Blair Brogan*
Texas Bar No. 24100063
Michael T. Moore, Esq.
Florida Bar No. 207845
Clay Naughton, Esq.
Florida Bar No.: 029302

## CERTIFIFATE OF SERVICE

I hereby certify that a copy of the foregoing was filed through the Court's CM/ECF system on December 6, 2021 and that copies of the same will be delivered to counsel of record via CM/ECF.

*/s/ Blair Brogan*
Blair Brogan