

**Texas Department of Insurance**

PO Box 12030 | Austin, TX 78711 | 800-578-4677 | tdi.texas.gov

United States Courts
Southern District of Texas
F I L E D

DEC 09 2021

Nathan Ochsner, Clerk of Court

December 6, 2021

Moore & Company, P.A.
Blair Brogan, Esq.
255 Aragon Avenue, 3rd Floor
Coral Gables, FL 33134

Re:  Civil Action No. 4:21-cv-03585; styled *Noble House, LLC, vs Certain Underwriters at Lloyd's, London, subscribing to Policy MS-S 5722 (Marine Package);* in the United States District Court for the Southern District of Texas, Houston Division

Dear Sir/Madam:

On December 6, 2021, the enclosed documents were received in the office of the Commissioner of Insurance for service of process. The documents received are being returned to your office for the reasons indicated below.

The Commissioner of Insurance **must** be named as the agent for service within the Complaint. Please refer to the Texas Administrative Code, Title 28, Chapter 7, Rule §7.1414. Please include a copy of this letter with the updated documents.

Refer to Chapter 804 of the Texas Insurance Code for service of process information.

Since payment for service has been received, another remittance not required. You do not need to send in another copy of the 2020 Annual Report.

If you have any questions or need additional information, please let me know.

Sincerely,

*Lindsay Kirwin*

Lindsay Kirwin

Enclosures

c:  United States District Court, Southern District of Texas, Houston Division
    ***Mailed***